UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 17-cr-20415

v.                                    Honorable Thomas L. Ludington

GARRET LEROY HAWKEY,

        Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY, AND TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

On December 4, 2017, United States Magistrate Judge Patricia T. Morris conducted a plea hearing pursuant to Defendant's consent. ECF No. 17. The Magistrate Judge issued her report on the same day and recommended that this Court accept Defendant's plea of guilty. ECF No. 21.

Although the Magistrate Judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, neither Plaintiff nor Defendant filed any objections. The failure to file objections waives any right to appeal the magistrate judge's findings that Defendant was competent to enter a plea, and that the plea was entered knowingly, voluntarily, without coercion, and with a basis in fact. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation, ECF No. 21, is **ADOPTED**.

It is further **ORDERED** that Defendant's plea of guilty is **ACCEPTED**, and the Rule 11 Plea Agreement, ECF No. 24, is taken **UNDER ADVISEMENT**.[1]

Dated: December 21, 2017

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 21, 2017.

s/Kelly Winslow
KELLY WINSLOW, Case Manager

---

[1] The amended indictment, ECF No. 14, and the original Rule 11 plea agreement, ECF No. 19, identified different dates for the charged conduct. On December 8, 2017, the Court directed the Government to file an amended plea agreement or second amended indictment resolving the ambiguity. The Government now filed an amended plea agreement which lists the same dates for the charged conduct as the amended indictment, ECF No. 24.